**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
LOS ANGELES, CA
HOUSTON, TX
CHICAGO, IL
PARSIPPANY, NJ
STAMFORD, CT
BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

GEOFFREY W. CASTELLO
DIRECT LINE: (973) 503-5922
EMAIL: gcastello@kelleydrye.com

January 2, 2019

**BY ECF**
Hon. Roanne L. Mann
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Fischler v. Greats Brand Inc.*
<u>Case No. 1:18-cv-06024-ENV-RLM</u>

Your Honor:

We represent defendant Greats Brand Inc. ("Defendant") in the above-referenced action. We write to request a thirty-day extension of time for Defendant to respond to the Complaint in this matter.  Pursuant to Rule E of Your Honor's Individual Rules, we state that: (1) the original date to respond to the Complaint is January 7, 2019; (2) this short extension will allow the parties to continue discussing a potential resolution of this action without further litigation; (3) Defendant has not previously requested an extension; (4) this is the first request for an extension; and (5) Plaintiff's counsel has consented to this extension.

Respectfully submitted,

*/s/ Geoffrey W. Castello*

Geoffrey W. Castello

cc: Douglas Lipsky, Esq. (via ECF)